[No. 13253–9–I.   Division One.   July 19, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS
CECIL RABBITT, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–1–00550–3, Shannon Wetherall, J., entered
May 23, 1983. *Affirmed* by unpublished opinion per Ander-
sen, J., concurred in by Durham, C.J., and Corbett, J.

[No. 11088–8–I.   Division One.   July 19, 1984.]

*In the Matter of the Marriage of* SUSAN BOWEN,
*Respondent, and* JOSEPH R. BOWEN,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–3–05395–1, Gerard M. Shellan, J., entered
November 16, 1981. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Williams, J., and Johnsen, J.
Pro Tem.

[No. 13645–3–I.   Division One.   July 19, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RODNEY
BALLARD, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–8–01802–3, Charles V. Johnson, J., entered
July 21, 1983. *Dismissed* by unpublished per curiam opin-
ion.

[No. 13396–9–I.   Division One.   July 19, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID
JAMES FREEMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–8–00152–0, Donald D. Haley, J., entered
May 25, 1983. *Affirmed* by unpublished opinion per Schol-
field, J., concurred in by Durham, C.J., and Andersen, J.
Now published at 38 Wn. App. 665.